IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BRYCE CHEVELLE HILL,

      Appellant,

v.                                                                    Case No.      5D22-488
                                                                     LT Case No. 2016-CF-502

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed April 12, 2022

3.800 Appeal from the Circuit Court
for Sumter County,
Mary Hatcher, Judge.

Bryce C. Hill, Monticello, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.  *See Simmons v. State*, 332 So. 3d 1129, 1132 (Fla. 5th

DCA 2022).

HARRIS, NARDELLA and WOZNIAK, JJ., concur.